**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7897

IRVING D. CHAPPELL,

Plaintiff - Appellant,

versus

CORRECTIONAL CORPORATION OF AMERICA; JOHN DOE,
I, last name Meadow-Sergeant; JOHN DOE, II,
last name Wilder; HOPE BRYANT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (CA-02-148-5-F)

Submitted: February 19, 2004        Decided:  February 26, 2004

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Irving D. Chappell, Appellant Pro Se.  Jonathan A. Berkelhammer,
Patricia Carole Perkins, SMITH MOORE, L.L.P., Greensboro, North
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Irving D. Chappell appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Chappell v. Correctional Corp. of Am., No. CA-02-148-5-F (E.D.N.C. Nov. 13, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED